Nicole Alicia Gorney (SBN 340478)
ngorney@vidaslegal.org
VIDAS
418 B Street, First Floor
Santa Rosa, CA 95401

*PRO BONO ATTORNEY FOR PETITIONERS*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BILMAYO IZAZAGA CARDENAS, LEONARDO IZAZAGA GARCIA, JUAN HIDALGO IZAZAGA <br><br> Petitioners, <br><br> v. <br><br> SERGIO ALBARRAN, *et al.*, <br><br> Respondents. | Case No. 3:26-cv-6435-JD <br><br> **STIPULATION REGARDING BRIEFING SCHEDULE FOR HABEAS PETITION; [PROPOSED] ORDER** <br><br> The Honorable James Donato |

On June 26, 2026, Petitioners-Plaintiffs ("Petitioners") filed a habeas petition under 28 U.S.C. § 2241. Dkt. No. 1. Petitioners also filed an application for a TRO. The Court granted the Petitioners' TRO Motion on July 2, 2026. Dkt. No. 10.

Per the Court's order, the parties have met and conferred regarding a proposed briefing schedule on the petition for habeas corpus. Subject to the Court's approval, the parties have agreed as follows:

1. Respondents-Defendants ("Respondents") shall file the return to the habeas by Friday, August 14, 2026.

2. Petitioners shall file the traverse to the habeas by Friday, August 28, 2026.

IT IS SO STIPULATED.

Respectfully submitted,[1]

Dated: July 21, 2026

*/s/ Nicole Alicia Gorney*
NICOLE ALICIA GORNEY

Nicole Alicia Gorney
Vidas
418 B Street
Santa Rosa, CA 95401
(415) 629-1433
Email: ngorney@vidaslegal.org

Attorney for Petitioners

Dated: July 21, 2026

*/s/ Michael J. Starrett*
WILLIAM SKEWES-COX

WILLIAM SKEWES-COX
Special Assistant United States Attorney

Attorney for Respondents

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION RE BRIEFING SCHEDULE
3:26-cv-6435-JD                    2

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  July 23, 2026

_____

Judge James Donato
District Judge

STIPULATION RE BRIEFING SCHEDULE
3:26-cv-6435-JD                          3